**FILED**

**May 12, 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-MJ-0067-AC |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO RECALL ARREST WARRANT FOR DEFENDANT KAMIL MISZTAL AND ISSUE A SUMMONS |
| v. | |
| KAMIL MISZTAL, | [Fed. R. Crim. P. 4] |
| Defendant. | |

The United States moves pursuant to Rule 4(a) of the Federal Rules of Criminal Procedure to recall the arrest warrant issued on April 29, 2022, for defendant Kamil Misztal in the case of *United States v. Misztal,* Case No. 2:22-MJ-0067-AC. For the reasons set forth in the government's motion, the Court GRANTS the motion. Accordingly, IT IS HEREBY ORDERED:

1. The arrest warrant issued on April 29, 2022, for defendant Kamil Misztal in the case of *United States v. Misztal,* Case No. 2:22-MJ-0067-AC, is recalled.

2. Pursuant to Rule 4(a) of the Federal Rules of Criminal Procedure, the Court issues a summons for defendant Kamil Misztal to make his initial appearance on May 12, 2022, at 2:00 p.m. in Sacramento before the Honorable Deborah Barnes in the Eastern District of California.

IT IS SO ORDERED.

Dated: May 12, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE