# SPECIAL CONDITIONS OF RELEASE

Re: Misztal, Kamil
No.: 2:22-MJ-0067 AC
Date: May 12, 2022

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report in person to the Pretrial Services Agency today following Court;

3. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You must establish residency in Florida, and you shall only be allowed to travel to your home in Illinois two weekends per month for visitation with your minor child;

5. You must cooperate in the collection of a DNA sample;

6. You must restrict your travel to the Southern District of Florida; the Northern District of Illinois; and the Eastern District of California (for Court related purposes only) unless otherwise approved in advance by the pretrial services officer;

7. You must surrender your United States and Polish passports to the Clerk, U.S. District Court, and you must not apply for or obtain a passports or any other travel documents during the pendency of this case;

8. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

9. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

10. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

11. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

12. You must report any contact with law enforcement to your pretrial services officer within 24 hours; and

13. You must not buy, lease, sell or encumber your business, any of your vehicles or residential property, without prior approval of the Court.