# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>KAMIL MISZTAL,<br><br>　　　　　Defendant. | Case No. 2:22-mj-0067-AC<br><br>**ORDER GRANTING STIPULATION DESIGNATING ALBERT KAMINSKI AS COSIGNER FOR DEFENDANT'S BOND** |

Having considered the parties' stipulation and with the consent of United States Pretrial Services of the United States District Court for the Eastern District of California, Albert Kaminski shall be designated as cosigner for defendant Kamil Misztal's bond.

**IT IS SO ORDERED.**

Dated:  June 2, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE