# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>KAMIL MISZTAL,<br><br>　　　　　Defendant. | Case No. 2:22-mj-0067-AC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION ALLOWING COUNSEL FOR DEFENDANT TO RECORD A LIEN SECURING AN INTEREST IN DEFENDANT'S RESIDENTIAL PROPERTY LOCATED IN CHICAGO, ILLINOIS 60654** |

Having considered the parties' stipulation the Court GRANTS the parties' request allowing counsel for Defendant to record a lien securing an interest related to defense counsel's fees in Defendant's residential property located in Chicago, Illinois 60654.[1]

**IT IS SO ORDERED.**

DATED: June 15, 2022.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant's residential address has been redacted pursuant to Local Rule 140(a)(v).