# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiffs,<br>     v.<br><br>KAMIL MISZTAL,<br><br>          Defendant. | Case No. 2:22-mj-0067-AC<br><br>**ORDER GRANTING STIPULATION ALLOWING DEFENDANT TO CHANGE PERMANENT PLACE OF RESIDENCE FROM MIAMI, FLORIDA TO CHICAGO, ILLINOIS** |

Having considered the parties' stipulation, and good cause appearing therefor, the Court **GRANTS** the parties' stipulated request to permit defendant Kamil Misztal to change his permanent place of residence from Miami, Florida to Chicago, Illinois **beginning October 1, 2022**.

**IT IS SO ORDERED.**

Dated:  September 28, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE