PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>KAMIL MISZTAL,<br><br>           Defendant. | CASE NO. 2:22-MJ-00067-AC<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |

     Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Jason Hitt, and defendant Kamil Misztal, both individually and by and through his counsel of record, John Kucera, Esq., hereby stipulate as follows:

     1.     The Complaint in this case was filed on April 29, 2022, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on May 12, 2022. The court set a preliminary hearing date of June 2, 2022, and later extended it to August 12, 2022, by stipulation.

     2.     By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to October 7, 2022, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).  The

government has provided initial disclosure in the case and it consists of written reports, photographs, audio files, and related materials.

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between August 12, 2022, and October 7, 2022, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  August 11, 2022                                  PHILLIP A. TALBERT
                                                         United States Attorney


                                                         /s/ *Jason Hitt*
                                                         JASON HITT
                                                         Assistant United States Attorney


Dated:  August 11, 2022                                  /s/ *John Kucera*
                                                         JOHN KUCERA, Esq.
                                                         Counsel for Defendant
                                                         Kamil Misztal

STIPULATION AND [PROPOSED] ORDER                         2

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>      v.<br><br>KAMIL MISZTAL,<br><br>                Defendant. | CASE NO. 2:22-MJ-00067-AC<br><br>[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |

The Court has reviewed the stipulation of the parties in this matter requesting an extension of time of the preliminary hearing date to October 7, 2022, at 2:00 p.m., pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. Based upon the representations of the parties, the Court makes the following findings:

1. Good cause exists to extend the preliminary hearing set for August 12, 2022, at 2:00 p.m., before the assigned duty Magistrate Judge. Fed. R. Crim. P. Rule 5.1(d); and

2. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and time is therefore excluded from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), Local Code T4.

**IT IS SO ORDERED.**

Dated: August 11, 2022

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER      3