**BOIES SCHILLER FLEXNER LLP**
John J. Kucera (State Bar No. 274184)
*jkucera@bsfllp.com*
725 S Figueroa Street, 31st Floor
Los Angeles, CA 90017
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

*Attorneys for Defendant Kamil Misztal*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>KAMIL MISZTAL,<br><br>        Defendant. | Case No. 2:22-mj-0067 AC<br><br>**ORDER GRANTING EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME** |

The Court has reviewed the stipulation of the parties in this matter requesting an extension of time of the preliminary hearing date to December 16, 2022, at 2:00 p.m., before Judge Barnes, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. Based upon the representations of the parties, the Court makes the following findings:

1. Good cause exists to extend the preliminary hearing, presently on calendar for October 7, 2022, at 2:00 p.m., before the assigned duty Magistrate Judge; and

2. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and time is therefore excluded from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), Local Code T4.

**IT IS SO ORDERED.**

Dated:  October 5, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE