1  **BOIES SCHILLER FLEXNER LLP**
   John J. Kucera (State Bar No. 274184)
2  *jkucera@bsfllp.com*
   725 S Figueroa Street, 31st Floor
3  Los Angeles, CA 90017
   Telephone: (213) 629-9040
4  Facsimile: (213) 629-9022

5

6  *Attorneys for Defendant Kamil Misztal*

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:22-mj-0067 AC |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |
| v. | |
| KAMIL MISZTAL, | |
| Defendant. | |

The Court has reviewed the stipulation of the parties in this matter requesting an extension of time of the preliminary hearing date to February 24, 2023, at 2:00 p.m., pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. Based upon the representations of the parties, the Court makes the following findings:

1. Good cause exists to extend the preliminary hearing, presently on calendar for December 16, 2022, at 2:00 p.m., before the assigned duty Magistrate Judge; and

2. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and time is therefore excluded from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), Local Code T4.

**IT IS SO ORDERED.**

DATED: December 16, 2022

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

- 1 -