| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP** | **STOEL RIVES LLP** |
| John J. Kucera (State Bar No. 274184) | Matthew D. Segal (State Bar No. 190938) |
| *jkucera@bsfllp.com* | *Matthew.segal@stoel.com* |
| 2029 Century Park East, Suite 1520 | 500 Capitol Mall, Suite 1600 |
| Los Angeles, CA 90067 | Sacramento, CA 95814 |
| Telephone: (213) 629-9040 | Telephone: (916) 447-0700 |
| Facsimile: (213) 629-9022 | Facsimile: (916) 447-4781 |

Attorneys for Defendant
*Kamil Misztal*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br><br>KAMIL MISZTAL,<br><br>  Defendant. | Case No. 2:22-MJ-0067 AC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME** |

    Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Jason Hitt, and defendant Kamil Misztal, both individually and by and through his counsel of record, hereby stipulate as follows:

    1.    The Complaint in this case was filed on April 29, 2022, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on May 12, 2022. Defendant is currently out of custody and under conditions of pretrial supervision.

    2.    By this stipulation, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure, the parties jointly move for an extension of time of the preliminary hearing date of January 30, 2024, to April 19, 2024, at 2:00 p.m., before the duty Magistrate Judge. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests

1  of justice served by granting this continuance outweigh the best interests of the public and the
2  defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).  The government has provided initial
3  disclosure in the case, which consists of written reports, photographs, audio files, and related
4  materials.  In addition, the parties are in discussion about a pre-indictment resolution to the case.
5  Finally, counsel for defendant has engaged in negotiations with a separate prosecutor in a
6  different District related to a potential pre-litigation resolution of that District's investigation.

7        3.  The parties agree that good cause exists for the extension of time, and that the
8  extension of time would not adversely affect the public interest in the prompt disposition of
9  criminal cases. Therefore, the parties request that the time between January 30, 2024, and April
10 19, 2024, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Dated: January 24, 2024

**BOIES SCHILLER FLEXNER LLP**

By:   */s/ John J. Kucera*
John J. Kucera (SBN 274184)
  *jkucera@bsfllp.com*
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

**STOEL RIVES LLP**
Matthew D. Segal (State Bar No. 190938)
  *Matthew.segal@stoel.com*
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781

Attorneys for Defendant
*Kamil Misztal*

Dated: January 24, 2024

**PHILLIP A. TALBERT**
**United States Attorney**

By:   */s/ Jason Hitt*
JASON HITT (as authorized on January 24, 2024)
Assistant United States Attorney

Attorneys for Plaintiff
*United States of America*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>KAMIL MISZTAL,<br><br>　　　　　Defendant. | Case No. 2:22-MJ-0067 AC<br><br>**[PROPOSED]** ORDER GRANTING EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |

The Court has reviewed the stipulation of the parties in this matter requesting an extension of time of the preliminary hearing date to April 19, 2024, at 2:00 p.m., pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. Based upon the representations of the parties, the Court makes the following findings:

1. Good cause exists to extend the preliminary hearing, presently on calendar for January 30, 2024 to April 19, 2024, at 2:00 p.m., before the assigned duty Magistrate Judge; and

2. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and time is therefore excluded from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), Local Code T4.

**IT IS SO ORDERED.**

DATED: January 24, 2024　　　　　　　　　　/s/ Jeremy Peterson
　　　　　　　　　　　　　　　　　　HONORABLE JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE