IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KAMIL MISZTAL,<br><br>　　　　　　Defendant. | CASE NO. 2:22-MJ-00067-AC<br><br>[~~PROPOSED~~] ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS CRIMINAL COMPLAINT |

　　For the reasons set forth in the government's motion to dismiss the Criminal Complaint against defendant Kamil Misztal in Case No. 2:22-mj-00067-AC, IT IS HEREBY ORDERED:

1. The Criminal Complaint against defendant Kamil Misztal in Case No. 2:22-mj-00067-AC is DISMISSED pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure; and

2. The preliminary hearing date of August 30, 2024, at 2:00 p.m. is VACATED.

**IT IS SO ORDERED.**

Dated: August 28, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE